**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| AMY RICE, | ) | |
|      Plaintiff, | ) | |
| | ) | |
|      v. | ) | CAUSE NO.: 2:21-CV-366-PPS-JEM |
| | ) | |
| GRAND TRUNK WESTERN | ) | |
| RAILROAD COMPANY, | ) | |
|      Defendant. | ) | |

**ORDER**

This matter is before the Court on a Report of Parties' Planning Meeting [DE 10], filed by the parties on February 9, 2022. The parties submitted an agreed proposed discovery schedule, and pursuant to Federal Rule of Civil Procedure 16(b) the Court must issue a scheduling order. Upon review of the report, the Court hereby **ORDERS**:

(1)    Rule 26(a)(1) initial exchanges must be completed, but not filed with the Court, by **March 11, 2022**;

(2)    Plaintiff's deadline to seek leave to amend the pleadings is **May 10, 2022**;

(3)    Defendant's deadline to seek leave to amend the pleadings is **June 13, 2022**;

(4)    The deadline to complete all fact discovery is **September 12, 2022**;

(5)    Plaintiff's expert witness disclosures and reports are to be provided to Defendant by **September 19, 2022**;

(6)    Defendant's expert witness disclosures and reports are to be provided to Plaintiff by **October 18, 2022**;

(7)    Rule 26(e) supplements are due by **November 21, 2022**;

(8)    The deadline to complete all expert discovery is **November 21, 2022**;

1

(9)     All other dates and deadlines in the parties' planning report through the close of discovery are approved and adopted herein;

(10)    The summary judgment deadline per Federal Rule of Procedure 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set by the presiding judge at a later date;

(11)    The parties are ordered to conduct mediation and the deadline for the parties to select a mediator is **May 10, 2022**, with mediation to be completed and a report filed by **September 12, 2022**; and

(12)    The deadline for parties to review and return either the consent to or the declination of the exercise of jurisdiction by a United States Magistrate Judge is extended to **March 3, 2022**

Since the scheduling order has now issued, the Court **VACATES** the Preliminary Pretrial Conference currently scheduled for February 17, 2022.

SO ORDERED this 10th day of February, 2022.

 s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record

2