UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| AMY RICE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:21-CV-00366-PPS-JEM |
| | ) | |
| -vs- | ) | Judge Philip P. Simon |
| | ) | |
| GRAND TRUNK WESTERN RAILROAD COMPANY, a corporation successor to Grand Trunk Western Railroad Incorporated, | ) ) ) ) | Magistrate Judge John E. Martin |
| Defendant. | ) | |

## REPORT ON MEDIATION

In accordance with this Court's Scheduling Order entered February 10, 2022 **[Doc. 11]**, the parties report that, they have by stipulation selected as the Mediator in this action:

> John E. Hughes
> Hoeppner, Wagner & Evans LLP
> 8585 Broadway, Suite 790
> Merrillville, Indiana  46410
> (219) 738-2349 Telephone
> jhughes@hwelaw.com

Further, pursuant to this Order, the parties will conduct a mediation no later than September 12, 2022.

Respectfully submitted,                         Respectfully submitted,

AMY RICE                                        GRAND TRUNK WESTERN RAILROAD COMPANY

By: /s/Patrick J. Harrington                    By: /s/James D. Helenhouse
    Patrick J. Harrington                           James D. Helenhouse
    Petro & Harrington, LLC                         Fletcher & Sippel LLC
    150 South Wacker Drive, Suite 2400              29 North Wacker Drive, Suite 800
    Chicago, Illinois 60606                         Chicago, Illinois 60606-3208
    (312) 332-9596                                  Telephone:    312-252-1500
    pjharrington@petroharrington.com                Facsimile:    312-252-2400
    Attorneys for Plaintiff                         jhelenhouse@fletcher-sippel.com
                                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned states that on the ___ day of May, 2022, he caused a copy of the foregoing **Report on Mediation** to be electronically filed via the ECF system of the United States District Court for the Northern District of Indiana, Hammond Division, said system providing electronic notification upon the parties listed below:

>Patrick J. Harrington
>Petro & Harrington, LLC
>150 South Wacker Drive, Suite 2400
>Chicago, Illinois 60606
>(312) 332-9596
>pjharrington@petroharrington.com
>Attorneys for Plaintiff

with a copy sent via email to:

>John E. Hughes
>Hoeppner, Wagner & Evans LLP
>8585 Broadway, Suite 790
>Merrillville, Indiana  46410
>(219) 738-2349 Telephone
>jhughes@hwelaw.com

>By: /s/James D. Helenhouse
>One of the Attorneys for
>GRAND TRUNK WESTERN
>RAILROAD COMPANY